IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALLEN NEELY CAFFEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:13-cv-322-GPM-DGW |
| | ) |
| S. HENRY, CHAD HASEMEYER, LUCAS | ) |
| MAUE, TODD SCOTT, MARY RICHARD, | ) |
| and RICHARD MOORE, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

**WILKERSON, Magistrate Judge:**

This matter is before the Court for purposes of docket control. As of today, Defendant S. Henry has not been served. A request for waiver of service of process was sent to Defendant Henry on May 15, 2013 and July 15, 2013 (Docs. 14 and 26). To date, an executed waiver of service has not been returned to the Court for this defendant.

**IT IS HEREBY ORDERED** that the United States Marshals Service is appointed pursuant to Fed. Rule of Civil Procedure 4(e). The Clerk is **DIRECTED** to (1) issue summons as to Defendant Henry, (2) prepare, on Plaintiff's behalf, a form USM-285 for Defendant Henry, and (3) deliver service packets for Defendant Henry, consisting of the completed summons, a USM-285 form, a copy of the amended complaint, a copy of this Memorandum and Order, and a copy of the Memorandum and Order at Doc. No. 8 to the United States Marshals Service. The United States Marshal **SHALL**, pursuant to Federal Rule of Civil Procedure 4, personally serve upon Defendant Henry the summons, a copy of the amended complaint, a copy of this Memorandum and Order, and a copy of the Memorandum and Order at Doc. No. 8. The Marshals Service shall make reasonable efforts to personally serve Defendant Henry within 30 days. All

costs of service shall be advanced by the United States, and the Clerk shall provide all necessary materials and copies to the United States Marshals Service.

The Clerk of Court is further DIRECTED to correct the docket sheet to reflect the full names of the Defendants as noted above in the caption of this Order.

**IT IS SO ORDERED.**

**DATED: September 16, 2013**

*Donald Wilkerson*

**DONALD G. WILKERSON**
**United States Magistrate Judge**

2