**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **ALLEN NEELY CAFFEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No.3:13 -CV-322-NJR-DGW** |
| | ) | |
| **LUCAS MAUE, TODD SCOTT, CHAD HASEMEYER, SEAN HENRY, RICHARD MOORE, and MARY RICHARD,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

# JUDGMENT IN A CIVIL ACTION

**DECSISION BY THE COURT:**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated March 30, 2015 (Doc. 66), Defendants Hasemeyer, Henry, Moore, and Richard, were **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that by Order dated November 10, 2015 (Doc. 82), Defendants Scott and Maue were **DISMISSED with prejudice**. This action is **DISMISSED in its entirety**.

**IT IS SO ORDERED.**

**DATED: November 10, 2015**

**JUSTINE FLANAGAN, Acting Clerk**

**By: s/ Deana Brinkley**
**Deputy Clerk**

**APPROVED: s/ Nancy J. Rosenstengel**
**NANCY J. ROSENSTENGEL**
**United States District Judge**